In the Matter of the Application of the GRAVES QUINN CORPORATION for an Order Confirming the Award of the Arbitration in the Controversy between THE GRAVES QUINN CORPORATION and ALFRED C. KIHM.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal

to be filed on or before January 31, 1931. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.